No. 78–557. SWOROB ET AL. *v.* HARRIS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 3d Cir. Motion of respondent Nellie Reynolds for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 78–666. NATIONWIDE LIFE INSURANCE CO. *v.* COLLISTER. Sup. Ct. Pa. Motion of petitioner to defer consideration of petition for writ of certiorari and certiorari denied.

No. 78–696. LEWIS ET AL. *v.* PHILIP MORRIS, INC., ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 78–751. YOUNG *v.* ETHYL CORP. C. A. 8th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 78–701. MELTZER ET AL. *v.* BOARD OF PUBLIC INSTRUCTION OF ORANGE COUNTY, FLORIDA. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 78–703. ACKERMAN-CHILLINGWORTH, DIVISION OF MARSH & MCLENNAN, INC., ET AL. *v.* PACIFIC ELECTRICAL CONTRACTORS ASSN. ET AL. C. A. 9th Cir. Motion of Independent Insurance Agents of America, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 78–720. BANK OF HENDERSONVILLE *v.* RED BARON FLYING CLUB, INC. Ct. App. Tenn. Motion of Aircraft Finance Assn. for leave to file a brief as *amicus curiae* granted. Certiorari denied.